UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GABRIEL DEON LOGAN (#425940)

VERSUS

JAMES SAVOY, ET AL

CIVIL ACTION

NO. 11-809-FJP-SCR

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report[1] to which an objection[2] was filed:

The Court finds that the plaintiff's complaint is dismissed without prejudice for failure to pay the court's filing fee.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, May 9, 2012.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 10.

[2] Rec. Doc. No. 11.

Doc#47847